**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

GUY CLAYTON BARNES                                                                               PLAINTIFF
ADC #93209

V.                                              NO: 5:10CV00152 JMM

DUSTIN McDANIEL *et al.*                                                                        DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this __6__ day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE